# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 21-05032-04-CR-SW-MDH |
| LAWRENCE WILLIAM VAUGHAN, | ) |
| Defendant. | ) |

## ORDER

The United States has filed a Notice of Intent Not to Seek the Death Penalty. It is therefore

**ORDERED** that the appointment of the **Jeffrey D. Morris**, Berkowitz-Oliver LLP, as second counsel, be, and it is hereby rescinded effective August 18, 2022. It is further

**ORDERED** that interim payments be, and they are hereby, rescinded, and that the order setting the hourly rate to the current capital rate be, and is hereby, rescinded effective August 18, 2022.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: August 18, 2022